**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| DANIEL KRIZAN, | Civil No. 09-1341 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| DJO, LLC, *et al.*, | |
| Defendants. | |

_____

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Holdings Inc., filed by the parties on January 12, 2010 [Docket No. 123].

**IT IS HEREBY ORDERED** that defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Holdings Inc. are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED: January 13, 2010
at Minneapolis, Minnesota.
                                                    ___ s/ John R. Tunheim ___
                                                       JOHN R. TUNHEIM
                                                   United States District Judge